CHRISTENSEN v CHRISTENSEN (AFTER REMAND)

Docket Nos. 58336, 59547. Submitted January 4, 1983, at Grand
Rapids.—Decided June 22, 1983. Decision after remand released
on May 7, 1985.
This case was previously published at 126 Mich App 611; 337
NW2d 611 (1983). The Court of Appeals, while retaining juris-
diction, remanded the case to the Ionia Circuit Court for a
determination of the amount of punitive damages to be as-
sessed against plaintiffs. On remand, that court determined the
amount of damages to be $8,910, James L. Banks, J. The issue
before the Court of Appeals now is the appropriateness of the
circuit court's determination of the amount of damages. *Held:*
The trial court's determination of damages in the amount of
$8,910 is approved, and interest at the statutory rate from
December 14, 1983, is allowed.

*Thomas Rasmusson,* for plaintiffs.

*McShane & Bowie* (by *Keith P. Walker),* for
Keith F. and Margaret E. Cline.

Before: MACKENZIE, P.J., and R. B. BURNS and
E. A. QUINNELL,* JJ.

PER CURIAM. In this case, this Court determined
that plaintiffs-appellants' appeal was vexatious
under the standard stated in GCR 1963, 816.5(1)(a),
see *Christensen v Christensen,* 126 Mich App 640;
337 NW2d 611 (1983), and this Court assessed
punitive damages against plaintiffs-appellants in
an amount equivalent to defendants' expenses on
appeal, including reasonable attorney's fees. This
Court remanded the case to the circuit court,
retaining jurisdiction, for determination of the

* Circuit judge, sitting on the Court of Appeals by assignment.

amount of damages. The circuit court set damages at $8,910 at a hearing on December 14, 1984.

After review of the transcript of the hearing in circuit court on remand, we approve the trial court's determination of damages in the amount of $8,910, and further allow interest at the statutory judgment rate from December 14, 1983. We retain no further jurisdiction.